[No. 17529-7-I. Division One. May 13, 1987.]

DARRELL BEARD, *Appellant,* v. RICHARD A. MILLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-15171-6, Arthur E. Piehler, J., entered November 14, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Steere and Williams, JJ. Pro Tem.

[No. 17366-9-I. Division One. May 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ARTHUR LEMON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02014-2, Robert M. Elston, J., entered October 8, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 16685-9-I. Division One. May 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR DOUGLAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00348-5, George T. Mattson, J., entered June 6, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Pekelis, JJ.

[No. 17186-1-I. Division One. May 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES HYNDMAN NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00633-6, Nancy A. Holman, J., entered September 30, 1985. *Dismissed* by unpublished per curiam opinion.